B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

In re Cologne's C.Q.C., Inc.,
*Debtor*

Case No. _____

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 5 | $ 12,505.34 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 111,882.34 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 45,950.41 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $ 112,453.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | N/A | 0 | | | $ |
| J - Current Expenditures of Individual Debtors(s) | N/A | 0 | | | $ |
| TOTAL | | 15 | $ 12,505.34 | $ 270,285.99 | |

B6A (Official Form 6A) (12/07)

In re **Cologne's C.Q.C., Inc.** _____,  Case No. _____
               **Debtor**                                           (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |

                                                                Total▶

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Cologne's Custom Quality Cabinets, Inc.          ,          Case No. _____
         **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | All closed 05/07/2010 | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  Cologne's Custom Quality Cabinets, Inc.       ,          Case No. _____
                        **Debtor**                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

In re  Cologne's Custom Quality Cabinets, Inc.  ,  Case No. _____
           **Debtor**                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached Schedule | | 2,190.34 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached Schedule | | 10,315.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____ continuation sheets attached    Total ▶    $    12,505.34

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In Re: Cologne's Custom Quality Cabinets, Inc.   Case No. _____

## Addendum to Schedule B-25

## VEHICLE SCHEDULE AND CURRENT MARKET VALUE FROM S.C.P. PHOTOGRAPHS

| Item | Owner | Value | When Purchased | Comments |
|---|---|---|---|---|
| 2007 Ford F-150 Pick Up 1FTPW12V07FB52119 | CCQC Inc. | 3,500.00 -1,559.66 1,940.34 | 2007 | Owe $1,559.66 to Ford Credit |
| 2005 Ford Van 1FTNSZ468JA69107 | Barry A. Cologne, Sr. | 0.00 | 2004 | Listed in Personal Bankruptcy Case No. 10-13022 as owned by Barry Cologne Disclaimed by Trustee |
| BITX Utility 16VNX16226ZC39411 | CCQC Inc. | 250.00 | 2006 | |

**Total Value** $2,190.34

In Re: Cologne's Custom Quality Cabinets, Inc.                Case No. _____

## Addendum to Schedule B-29

### EQUIPMENT SCHEDULE AND CURRENT MARKET VALUE FROM S.C.P. PHOTOGRAPHS (taken April 2, 2012)

| Item | Owner | Value | When Purchased | Repairs | Comments |
|---|---|---|---|---|---|
| Edge Bander | CCQC Inc. | 1,000.00 | 2006-2008 | | |
| Straight Line Rip Saw | CCQC Inc. | 2,500.00 | 2006 | | |
| Clamping Table | CCQC Inc. | 250.00 | 2006 | | |
| Sanders | CCQC Inc. | 0.00 | 1994-2006 | Costs too much to repair | |
| Pocket Hole Machine | CCQC Inc. | 500.00 | 2006-2008 | (2011-Changed motor by LLC) | |
| Compressor Dryer | CCQC Inc. | 100.00 | 1993 | | |
| Sanding Table | Pre CCQC Inc. | 150.00 | 1994 | | |
| Phase Converter | CCQC Inc. | 750.00 | 2006 | | |
| Compressor Dryer – Was put on list twice, never had 2 of them | | | | | |
| 12" Band Saw | BC | Broken 0.00 | 1986 | | |
| 12" Band Saw | CCQC Inc. | Broken 0.00 | 1986 | | |
| Table Saw | CCGC Inc. | 150.00 | 2005 | | |
| Delta Saw | CCGC Inc. | 300.00 | 2000 | | |
| Misc. Broken Tools | Some for CCQC inc. Some Pre CCQC Some given to Barry Sr. by his father | 0.00 | 1992 thru 2008 | | |
| Extreme Dust System | CCQC Inc. | 750.00 | 2006 | | |
| Table Saw | Pre CCQC Inc. | 250.00 | 1994 | | |
| Table Saw | CCQC Inc. | 300.00 | 2000 | | |
| Line Borer | Pre CCQC Inc. | 300.00 | Sometime before 1994 | | |
| Delta Air Compressors | CCQC Inc. | 250.00 | 1994-2004 | | |
| Chop Saw | Pre CCQC Inc. | 100.00 | Sometime before 1994 | | |
| Auto Shop | CCQC Inc. | 100.00 | 2006 | Works Sometimes | |
| Dewalt Chop Saw | | 50.00 | 2012 from Pawn Shop | | |

| Item | Owner | Value | When Purchased | Repairs | Comments |
|---|---|---|---|---|---|
| Dewalt Chop Saw | | 50.00 | 2012 from Pawn Shop | | |
| Sliding Table Saw | CCQC Inc. | 3,000.00 | 2007 | | |
| Stop Guide | CCQC Inc. | 350.00 | 2007 | | |
| 3 Cjaors | | 0.00 | Given to us | | |
| Refrigerator | Barry Cologne | 0.00 | Broken | | |
| Fax Machine/Printer | CCQC | 0.00 | Broken | | |
| Computer, Printer, Chair | | 100.00 | 2012 | | |
| 3 File Cabinets | | 10.00 | 1993 | | |
| 1st Aid Kit | | 0.00 | 2000 | | |
| Surge Protector | | 5.00 | 2012 | | |
| Old Computer | CCQC Inc. | 0.00 | Don't know | | |

**$ 10,315.00**

Total Value of Used Tools acquired
by C.C.Q.C. Inc. still located at Shop,
405 First Street (Post Office Box 555),
Des Allemands, Louisiana

-2-

B6C (Official Form 6C) (04/13)

In re  Cologne's Custom Quality Cabinets, Inc.    ,    Case No. _____
        *Debtor*                                              *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In Re:  Cologne Custom Quality Cabinets, Inc. (C.C.Q.C., Inc.)                    Case No.:_____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITORS' NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|
| Acadian Cypress and Hardwood, Inc. vs. Cologne Cologne's Custom Quality Cabinets, Inc. c/o Frank J. DiVittorio, Esq. Post Office Drawer 699 Hammond, LA 70404 | Acadian Cypress & Hardwoods, Inc. vs. Cologne's Custom Quality Cabinets, Inc., et al. 21st J.D.C. No. 2010-4626, Div. "B" Judgment rendered June 17, 2011 | | | | $31,882.34 Plus interest, costs and 25% attorney's fees from June 17, 2011 | ALL See Schedule "E" |
| So. Central Planning vs. Cologne's Custom Quality Cabinets, Inc., et al c/o Thomas K. Watkins, Esq. 100 Ramsey Road Houma, LA 70360 | South Central Planning and Development Commission vs. Cologne's Custom Quality Cabinets, Inc. and Cologne's Cabinets, L.L.C. 29th J.D.C. No. 74996, Div. "D" | | | | $80,000.00 Plus interest (8.75%), costs, and attorney's fees from September 16, 2009 | ALL See Schedule "E" |
| | Total ▶ (Use only on last page) | | | | $111,882.34 | $111,882.34 |

_0_ Continuation Sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  Cologne's C.Q.C., Inc.  
　　　　　　*Debtor*

Case No._____  
　　　　　　*(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

　　A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

　　The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

　　Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

　　Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

　　Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

　Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**

　Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

　Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B6E (Official Form 6E) (04/13) – Cont.

In re **Cologne's C.Q.C., Inc.**                ,    Case No. _____
          *Debtor*                                                    *(if known)*

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                                      **1**    continuation sheets attached

In re  Cologne's C.Q.C., Inc.        , Case No. _____
         *Debtor*                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 72-1279260 <br><br> I.R.S. Withholding <br> 941 Taxes, Dept. of Treasury <br> Ogden, UT 84201-0039 | X | | Various | | | | 21,600.04 | 21,600.04 | |
| Account No. 8667230-001 <br><br> La. Dept. of Revenue <br> P. O. Box 1429 <br> Thibodaux, LA 700302 <br> Withholding | X | | Various | | | | 9,614.14 | 9,614.14 | |
| Account No. 8667230-001 <br><br> La. Dept. of Revenue <br> P. O. Box 1429 <br> Thibodaux, LA 70302 <br> Withholding | X | | Various | | | | 10,227.75 | 10,227.75 | |
| Account No. <br><br> La. Dept. of Revenue <br> P. O. Box 1429 <br> Thibodaux, LA 70302 <br> Unemployment | X | | Various | | | | 4,508.48 | 4,508.48 | |

Sheet no. __1__ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)  $           $

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ 45,950.41

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ 45,950.41   $

In re __Cologne's Custom Quality Cabinets, Inc.__                Case No._____
                    Debtor                                              (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORIT CLAIMS

| CREDITORS' NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Account No. <br><br> Bluelinx Corporation <br> c/o Financial Adjustment Services, Inc. <br> 4010 Dupont Circle, Suite 401 <br> Louisville, KY 40207 | X | 08/2009 <br> Wood and Supplies | | | | 1,938.91 |
| Account No. 02678 <br><br> Cintas Corporation #541 <br> 1101 Talbot Avenue <br> Thibodaux, LA 70301 | X | 05/2009 | | | | 1,749.32 |
| Account No. 946657 <br><br> Closet Maid Corp., #1847 <br> A. G. Adjustments, LTD <br> P. O. Box 9090 <br> Melville,, NY 11747-9090 | X | 07/2009 | | | | 2,068.44 |
| Account No. 010666781-01-8112 <br><br> Dell Financial Services <br> c/o Valentine & Kebartas, Inc. <br> P. O. Box 325 <br> Lawrence, MA 01842 | X | 02/2009 <br> Computer and Printer | | | | 1,718.42 |
| Account No. 003-5218491-001 <br><br> Dell Financial Services <br> One Dell Way <br> Round Rock, TX 78682 | X | 08/2007 <br> Computers and Printers | | | | 2,594.66 |
| | | | | | Sub total ▶ | $ 10,069.75 |
| | | | | | Total ▶ | |

Sheet no. 1 of 4 continuation sheets attached
To Schedule of Creditors Holding Unsecured
Nonprority Claims

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Cologne's Custom Quality Cabinets, Inc.**     Case No._____
        Debtor                                                  (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORIT CLAIMS
(Continuation Sheet)

| CREDITORS' NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Account No. 615-597-2278<br><br>Dura Craft<br>1045 West Broad Street<br>Smithville, TN 37166 | X | 10/2009 | | | | 2,636.00 |
| Account No. 4121 7319 4000 9109<br><br>Visa (First National Bank USA)<br>P. O. Box 30131<br>Tampa, FL 33630-3131 | | 01/2004<br>Various Credit Cards | | | | 5,000.00 |
| Account No. 046-0018479-00<br><br>Graybar Financial Services, LLC<br>P. O. Box 550599<br>Jacksonville, FL 32255-0599 | X | 2007<br>Norstar Phone System | | | | 3,767.49 |
| Account No. COL810<br><br>Hardware Resources Dept. 2364<br>P. O. Box 122364<br>Dallas, TX 75312-2364 | X | 2007<br>Cabinet Hardware and Accessories | | | | 2,533.40 |
| Account No. C1233<br><br>Hogan Hardwoods & Mldg., Inc.<br>187 Haddox Road<br>Ruston, LA 71270 | X | 08/2008 | | | | 5,070.65 |
| | | | | | Sub total ► | 19,007.54 |
| | | | | | Total ► | |

Sheet no. 2 of 4 continuation sheets attached
To Schedule of Creditors Holding Unsecured

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   Cologne's Custom Quality Cabinets, Inc.          Case No._____
                        Debtor                                    (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORIT CLAIMS
(Continuation Sheet)

| CREDITORS' NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Account No. 15-025-1181804<br><br>Imperial A. I. Credit<br>G. B. Collects, L.L.C.<br>145 Bradford Drive<br>West Berlin, NJ 08091 | | 06/2009<br>Insurance Premium | | | | 325.35 |
| Account No. 50624-1<br><br>Louisiana Home Builders, Assoc.<br>c/o Corporate Investigation Bureau, Inc.<br>555 North Pleasantbourg Drive<br>Park Central, Suite 150<br>Greenville, SC 29608 | X | 2009<br>Audit of Workmen's Compensation Insurance | | | | 8,464.00 |
| Account No.<br><br>Louis & Co.<br>3080 North Great Southwest Parkway<br>Grand Prairie, TX 75050 | X | 2008<br>Cabinet Hardware and Supplies | | | | 10,033.63 |
| Account No. 673438594-1411<br><br>Sherwin Williams<br>c/o CST Company<br>P. O. Box 224768<br>Dallas, TX 76222 | X | 03/2009<br>Paint and Lacquer Supplies | | | | 2,848.19 |
| Account No. CCQ<br><br>Tru-Wood Cabinets, Inc.<br>P. O. Box 640<br>Ashland, AL 36257 | X | 09/09/2009<br>Cabinets | | | | 58,845.95 |
| | | | | | Sub total ▶ | 80,517.12 |
| | | | | | Total ▶ | |

Sheet no. 3 of 4 continuation sheets attached
To Schedule of Creditors Holding Unsecured

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Cologne's Custom Quality Cabinets, Inc.__     Case No._____
        Debtor                                              (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORIT CLAIMS
(Continuation Sheet)

| CREDITORS' NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Account No. 1058868<br><br>Woodharbor Moulding & Millwork Cabinets, Inc.<br>c/o Greenbury, Grant & Richard, Inc.<br>5858 Westhelmer Road, Suite 500<br>Houston, TX 70057 | X | 09/2009 | | | | 2,858.83 |
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |
| Account No. | | | | | | |
| | | | | | Sub total ▶ | 2,858.83 |
| | | | | | Total ▶ | 112,453.24 |

Sheet no. 4 of 4 continuation sheets attached
To Schedule of Creditors Holding Unsecured

(Use only on last page of the completed Schedule F.
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Cologne's C.Q.C., Inc.                     ,          Case No._____
            **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Graybar Financial Services, L.L.C.<br>P. O. Box 550599<br>Jacksonville, FL 32255-0599 | Lease of Phone System |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re  Cologne's C.Q.C., Inc.               ,            Case No. _____
           **Debtor**                                                                             **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |